**Harold Thomas FALLWELL, Appellant, v. STATE, Appellee.**

No. 25319.

Court of Criminal Appeals of Texas.

May 9, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The conviction is for rape, with punishment assessed at eight years in the penitentiary.

Appellant has filed in this court his affidavit advising that he desires that his appeal be dismissed.

Appellant's motion is granted and the appeal is dismissed.

Opinion approved by the Court.